AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00606 |
| David Antonio Ticas | ) Assigned to: Judge Meriweather, Robin M. |
| | ) Assign Date: 9/21/2021 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* __David Antonio Ticas__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 09/21/2021                               2021.09.21 14:24:07 -04'00'
                                                *Issuing officer's signature*

City and state: Washington, D.C.               Robin M. Meriweather, U.S. Magistrate Judge
                                                *Printed name and title*

---

### Return

This warrant was received on (date) 9/21/2021, and the person was arrested on (date) 9/23/2021
at (city and state) BREA, CALIFORNIA.

Date: 9/23/2021
                                                *Arresting officer's signature*

                                                DANIEL DALES - SPECIAL AGENT
                                                *Printed name and title*